UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angelique Gamble,<br><br>    Plaintiff,<br><br>v.<br><br>Thelma J. Walker as an individual and as the Trustee of the Thelma Walker 1989 Revocable Trust dated September 14, 1989; Monica Carter, an individual; and Does 1-10 inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-00939-JAM-GGH<br><br>**Order re: Stipulation to Withdraw Certain of Defendants' Affirmative Defenses** |

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

(1) Defendants' First, Third, Fourth, Twenty-First, Twenty-Fifth, Twenty-Eighth, Twenty-Ninth, Thirtieth and Thirty-Seventh affirmative defenses are withdrawn;

(2) Defendants be afforded the opportunity to file an Amended Answer removing their First, Third, Fourth, Twenty-First, Twenty-Fifth, Twenty-Eighth, Twenty-Ninth, Thirtieth and Thirty-Seventh affirmative defenses, renumbering the remaining defenses, and amending the Twenty-Sixth Affirmative Defense (Fraud);

(3) Defendants' Amended Answer shall be filed within 10 days of this Order.

IT IS SO ORDERED.

Dated: 6/29/2018          /s/ John A. Mendez_____
                          Hon. John A. Mendez
                          United States District Judge