# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angelique Gamble,<br><br>    Plaintiff,<br><br>v.<br><br>Thelma J. Walker as an individual and as the Trustee of the Thelma Walker 1989 Revocable Trust dated September 14, 1989; Monica Carter, an individual; and Does 1-10 inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-00939-JAM-GGH<br><br>**Order re: Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED THAT the above-referenced action is dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each side agrees to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 12/5/18　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　Hon. John A. Mendez
　　　　　　　　　　　　　　United States District Court Judge